**FILED**

NATHANAEL SMITH - 8031290
Name and Prisoner/Booking Number

DDC - TUOLUMNE CO. JAIL
Place of Confinement

12915 JUSTICE CTR DR.
Mailing Address

SONORA, CA. 95370
City, State, Zip Code

MAR 26 2025

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
           DEPUTY CLERK

(Failure to notify the Court of your change of address may result in dismissal of this action.)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

NATHANIEL LEE SMITH,
(Full Name of Plaintiff)     Plaintiff,

v.

(1) TUOLUMNE COUNTY JAIL
(Full Name of Defendant)

(2) TUOLUMNE COUNTY DA

(3) TUOLUMNE COUNTY SUPERIOR COURT

(4) SGT. N. ROUR
                     Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. 1:25-CV-00359-GSA-(PC)
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT
BY A PRISONER**

☒ Original Complaint
☒ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971).
   ☐ Other: _____

2. Institution/city where violation occurred: TUOLUMNE CO. JAIL, SONORA CA.

## B. DEFENDANTS

1. Name of first Defendant: TUOLUMNE COUNTY JAIL. The first Defendant is employed as: _____ at _____
   (Position and Title)                                (Institution)

2. Name of second Defendant: TULUMNE COUNTY DA. The second Defendant is employed as: _____ at _____
   (Position and Title)                                (Institution)

3. Name of third Defendant: TUOLUMNE COUNTY COURT. The third Defendant is employed as: _____ at _____
   (Position and Title)                                (Institution)

4. Name of fourth Defendant: SGT N. ROHR. The fourth Defendant is employed as: SGT at DOC TUOLUMNE CO. JAIL
   (Position and Title)                                (Institution)

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?   ☐ Yes   ☒ No

2. If yes, how many lawsuits have you filed? ____. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: SMITH v. NEWSOME
      2. Court and case number: 1:24-CV-592-INES-BAM
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) BEING UNLAWFULLY HELD UP.

   b. Second prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

   c. Third prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

## D. CAUSE OF ACTION

### CLAIM I

1. State the constitutional or other federal civil right that was violated: **1ST, 2ND, 5TH, 6TH, 9TH, 14TH AMENDMENTS. 18 USC 241, 242**

2. Claim I. Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☒ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☒ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☒ Other: _____

3. Supporting Facts. State as briefly as possible the FACTS supporting Claim I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   THE COURT ISSUED WARRANTS FOR MY ARREST AFTER TAKING MY CHILD UNLAWFULLY. WARRENTS WERE ISSUED BY JUDGE BEYERSDORF THAT HAD A RELATIONSHIP WITH MY CHILDS MOTHER AS SHE ADMITTED IN OPEN COURT TO THIS JUDGE MAKING HER DINNER. THE WARRENTS WERE ISSUED AFTER HE WAS DISQUILFIED FOR THIS. BUT HE ALSO EXTORTED ME FOR MAXIMUM CHILD SUPPORT COMMITTING TITLE IV-D FRAUD, HE ALSO ISSUED AN UNLAWFUL EPO FOR PEACEFULLY FILMING IN PUBLIC. ALL EVIDENCE CAN BE SHOWN ON 1:24-CV-592-KES-BAM. I REQUESTED A WRIT OF SUPERCEEDAS WHICH HAS BEEN IGNORED. I REQUEST RELEASE FROM JAIL ON NO BAIL HOLD AND ALL CHARGES DISMISSED. JUDGE BEYERSDORF IS NOT A FAMILY LAW JUDGE.

4. Injury. State how you were injured by the actions or inactions of the Defendant(s).
   UNLAWFULLY KIDNAPPED MY CHILD. I HAVE NOT SEEN MY CHILD FOR A YEAR NOW. GIVING HIM TO THE PROVEN ABUSER.

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☐ Yes ☒ No
   b. Did you submit a request for administrative relief on Claim I? ☐ Yes ☒ No
   c. Did you appeal your request for relief on Claim I to the highest level? ☐ Yes ☒ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. MY REQUESTS HAVE BEEN IGNORED.

3

**CLAIM II**

1. State the constitutional or other federal civil right that was violated: 1ST, 4TH, 5TH, 6TH, 8TH, 14TH AMENDMENTS, 18 USC 241, 242.

2. **Claim II.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☒ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   I FILED A 42 USC 1983 CLAIM AGAINST 25 OTHER PARTIES INCLUDING THE DISTRICT ATTORNEY AND THE COURT AND DA'S OFFICE RETALIATED AGAINST ME. 8 OFFICERS IN SWAT GEAR ARRESTED ME ON AUGUST 1ST FOR CRIMES I NEVER COMMITTED THEN LET ME OUT AND ARRESTED ME AGAIN ON 7 FELONY/STRIKES COUNTS AND PUT ME ON A NO BAIL HOLD IN A LOCAL JAIL WITH NO LAW LIBRARY AND TOOK ALL MY COURT EVIDENCE WHICH SHOWS ALL THEIR FRAUD FROM MY HOUSE. I'VE BEEN FIGHTING FOR PARENTAL RIGHTS WHICH I'VE FOUND TITLE IV-D FRAUD FROM THE STATE AND COUNTY. I ASK THAT ALL CHARGES BE DROPPED OR MOVED TO FEDERAL COURT.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s). LOST MY SON, HOUSE, DOG AND FREEDOM

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☐ Yes ☒ No
   b. Did you submit a request for administrative relief on Claim II? ☒ Yes ☐ No
   c. Did you appeal your request for relief on Claim II to the highest level? ☒ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. FEDERAL LAWSUIT 1:24-CV-842-KES-BAM IS BEING IGNORED, NEEDS AMENDED.

4

**CLAIM III**

1. State the constitutional or other federal civil right that was violated: 1ST, 5th, 6th, 8th, 14th AMENDMENT 18 USC 241, 242

2. **Claim III.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☒ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☒ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: ___

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim III. Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   JUDGE IN CASE CRF76275 PUT ME ON A NO BAIL HOLD AND I HAVE BEEN IN JAIL FOR ALMOST TWO MONTHS AND DENIED MY RIGHT TO A SPEEDY TRIAL WHICH I DID NOT WAVE. THIS IS CLEAR RETALIATION AND HE WOULD NOT DISQUALIFY HIMSELF AFTER I REQUESTED IT UNDER 170.6 AND 170.1. WHILE IN JAIL SGT ROHR DENIED ALL MY COURT PAPERWORK AND WHEN I PROTESTED PEACEFULLY TO GIVE IT TO ME THE OFFICER CHASED ME WITH A TASER AND THREW ME IN A "HOLE" WHEN I WAS EXPRESSING MY FREEDOM OF SPEECH. THEY ARE DENYING ME A GRIEVANCE FOOD AND MEDICAL CARE AND I'M DIABETIC.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   ABUSE FOR LAWSUIT I FILED FOR USING THE COURT SYSTEM TO KIDNAP CHILDREN PLEASE PULL EASTERN FRESNO LAWSUIT 1:24-CV-592-KES-BAM

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?   ☐ Yes  ☒ No
   b. Did you submit a request for administrative relief on Claim III?   ☒ Yes  ☐ No
   c. Did you appeal your request for relief on Claim III to the highest level?   ☒ Yes  ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. CALI COURT OF APPEALS DENIED MY RIGHTS.

If you assert more than three Claims, answer the questions listed above for each additional Claim on a separate page.

## E. REQUEST FOR RELIEF

State the relief you are seeking:
ALL FALSE ACCUSATIONS DROPPED, RELEASED FROM NO BAIL JAIL, SON RETURNED TO ME, AND CRIMINAL CHARGES BROUGHT ON ALL DEFENDANTS. TUOLUMNE COUNTY AND STATE ARE TAKING KIDS FROM FIT PARENTS COMMITTING TITLE IV-D FRAUD. EVIDENCE IS SHOWN IN CASE 1:24-CV-592-KES-BAM, EASTERN FRESNO DISTRICT COURT. PLEASE PULL LAWSUIT.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 2/15/25
DATE

SIGNATURE OF PLAINTIFF

_____
(Name and title of paralegal, legal assistant, or other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space you may attach more pages, but you are strongly encouraged to limit your complaint to twenty-five pages. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages. Remember, there is no need to attach exhibits to your complaint.

I STARTED A 501c3 NON-PROFIT TO FIGHT ILLEGAL KIDNAPPING CHILDREN USING THE COURT SYSTEM AND TUOLUMNE COUNTY AND STATE RETALIATED AGAINST ME.