UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHANAEL SMITH, | No. 1:25-cv-00359 GSA (PC) |
| Plaintiff, | ORDER VACATING IN PART COURT'S ORDER GRANTING PLAINTIFF IN FORMA PAUPERIS STATUS |
| v. | |
| TUOLUMNE COUNTY JAIL, et al., | (ECF No. 4 at 2) |
| Defendants. | ORDER DIRECTING PLAINTIFF TO FILE SIX-MONTH PRISON TRUST FUND ACCOUNT STATEMENT |
| | PLAINTIFF'S SIX-MONTH PRISON TRUST FUND ACCOUNT STATEMENT DUE IN THIRTY DAYS |

Plaintiff, a county jail inmate proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983.  ECF No. 1.  Plaintiff has also filed a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915, which has been granted.  ECF Nos. 2, 4.  Plaintiff, however, has not filed a certified copy of the inmate trust account statement for the six-month period immediately preceding the filing of the complaint.  This statement is required of prisoners as well in order for them to proceed in forma pauperis.  See 28 U.S.C. § 1915(a)(2).

Although the recent order which granted Plaintiff in forma pauperis status currently allows Plaintiff sixty days to provide the statement (see ECF No. 4 at 2), in the interests of expediency, the Court finds that a thirty-day period to provide the statement is more appropriate.

1

1 Therefore, the order granting Plaintiff in forma pauperis status will be vacated in part, but only to
2 the extent that it grants Plaintiff sixty days in which to file the six-month inmate trust fund
3 account statement. Instead, Plaintiff will be given thirty days from the date of this order to
4 provide it to the Court.

5       Accordingly, IT IS HEREBY ORDERED that:

6       1.  The Court's order issued March 28, 2025 (ECF No. 4), is VACATED IN PART, to
7 the extent that it gives Plaintiff **sixty** days to file his six-month inmate trust fund account
8 statement (see ECF No. 4 at 2), and

9       2.  Within **thirty** days from the date of this order, Plaintiff shall submit a certified copy of
10 the inmate trust account statement for the six-month period immediately preceding the filing of
11 the complaint. See 28 U.S.C. § 1915(a)(2).

12 **Plaintiff is informed that failure to comply with this order within the time allotted**
13 **may result in a recommendation that this action be dismissed.**

IT IS SO ORDERED.

Dated: **March 30, 2025**         /s/ Gary S. Austin
                                        UNITED STATES MAGISTRATE JUDGE