UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHANAEL SMITH, | Case No. 1:25-cv-00359-JLT-HBK (PC) |
| Plaintiff, | ORDER DENYING MOTION TO VACATE COURT ORDER |
| v. | |
| TUOLUMNE COUNTY JAIL, et al., | (Doc. No. 7) |
| Defendants. | |

On March 31, 2025, the former magistrate judge entered an order vacating in part its March 28, 2025 Order granting Plaintiff *in forma pauperis* status, but only to the limited extent that it granted Plaintiff sixty (60) days in which to file his six-month inmate trust fund account statement and required Plaintiff instead to file the six-month statement in thirty (30) days. (Doc. No. 5). In response, Plaintiff filed a motion to vacate the March 31, 2025 Order. (Doc. No. 7). Plaintiff contends that the March 31, 2025 Order violates his due process rights and is otherwise violative of his equal protection rights. (*Id*).

To the contrary, a prisoner is required to submit a six-month statement or its equivalent before being granted *in forma pauperis* status. Specifically, § 1915, specifically requires a prisoner, in addition to filing an affidavit of indigency, to "submit a certified copy of the trust fund account statement (or institutional equivalent) for the prisoner for the six-month period

immediately preceding the filing of the complaint . . . obtained from the appropriate official of each prison at which the prisoner is or was confined." 28 U.S.C. § 1915(a)(1)(2).  Here, the "Certificate" portion of Plaintiff's *in forma pauperis* application was blank and not completed and certified by an authorized official.  (*See* Doc. No. 2 at 2).  A prisoner is required to submit the six-month statement before being granted *in forma pauperis* status because the statute requires the Court to assess an initial filing fee of 20% of the greater of the six-months average monthly deposits or average monthly balance in the inmate trust fund account, when appropriate.  28 U.S.C. § 1915(b)(1)(A), (B).  Thus, Plaintiff should have submitted his six-month statement prior to the Court granting him *in forma pauperis* status.

Accordingly, it is **ORDERED**:

1. Plaintiff's Motion to Vacate Court Order (Doc. No. 7) is DENIED.
2. Within (30) days of the date on this Order, Plaintiff shall submit a certified copy of the inmate trust account statement for the six-month period immediately preceding the filing of the complaint. See 28 U.S.C. § 1915(a)(2).
3. Plaintiff's failure to comply with this Order within the time allotted may result in a recommendation that this action be dismissed as a sanction for failing to comply with a Court Order.  Local Rule 110.

Dated:   April 24, 2025

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE