**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NATHANAEL LEE SMITH, | Case No.  1:25-cv-00359 JLT HBK (PC) |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS |
| v. | (Doc. 22) |
| TULOUMNE COUNTY JAIL, et al., | |
| Defendants. | |

Nathanael Lee Smith, a prisoner, is proceeding pro se and *in forma pauperis* on his First Amended Complaint in this civil rights action under 42 U.S.C. § 1983. (Doc. 20.)

The Court screened the initial complaint on July 23, 2026. (Doc. 18.) Despite being given an opportunity to cure the deficiencies identified in the Court's screening order, Plaintiff failed to do so in his first amended complaint. (*See* Doc. 20.) On March 2, 2026, the Magistrate Judge issued Findings and Recommendations to dismiss this action for Plaintiff's failure to state a claim. (Doc. 22.) The Court served the Findings and Recommendations on Plaintiff, notified him that any objections were due in 14 days, and warned him that failure to timely file objections may result in the waiver of certain rights on appeal. (*Id.* at 15, citing *Wilkerson v. Wheeler,* 772 F.3d 834, 838–39 (9th Cir. 2014).) Plaintiff failed to file objections and the time to do so has expired.

According to 28 U.S.C. § 636(b)(1)(C), this Court performed a de novo review of this case. Having carefully reviewed the matter, the Court concludes the Findings and

Recommendations are supported by the record and proper analysis.

Thus, the Court **ORDERS**:

1.     The Findings and Recommendations issued on March 2, 2026 (Doc. 22) are **ADOPTED** in full;

2.     The Clerk of Court is directed to terminate any pending motions/deadlines, enter judgment against Plaintiff, and close this case.

IT IS SO ORDERED.

Dated:   **April 6, 2026**

UNITED STATES DISTRICT JUDGE